UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO. | 6:15-cr-00026 |
| | * 18 U.S.C. § 1038(a)(1) | |
| VERSUS | * | Judge Richard T Haik, Sr |
| | * | Magistrate Judge C Michael |
| RANDALL SWANSON | * | Hill |

<u>BILL OF INFORMATION</u>

COUNT 1

FALSE INFORMATION OR HOAXES
18 U.S.C. § 1038(a)(1)

THE UNITED STATES ATTORNEY CHARGES:

On or about the 15th day of December, 2012, in the Western District of Louisiana, the defendant, RANDALL SWANSON, did intentionally convey false and misleading information to victim A.B., a school teacher, wherein the defendant, RANDALL SWANSON, sent an electronic message to A.B. stating that "the next school massacre happening in ur town," referencing the Sandy Hook Elementary School shooting which occurred the previous day, December 14, 2012, and under circumstances where such information may reasonably have been believed, that indicated that an activity was taking place or would take place in Church Point, Louisiana, that would constitute a

violation of 18 U.S.C. § 922(q)(2)(A) and (3)(A), the possession or discharge of a firearm in a school zone, in violation of Title 18, United States Code, Section 1038(a)(1). [18 U.S.C. § 1038(a)(1)].

                              STEPHANIE A. FINLEY
                              United States Attorney

By: _____
        MYERS P. NAMIE, Bar ID # 29359
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501
        Telephone: (337) 262-6618